# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2011

142743

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re MARK E MOON ESTATE.

_____

KRISTINA MOON, Personal Representative of
the Estate of MARK E. MOON,
            Appellant,

v

MERLIN MOON,
            Appellee.

SC: 142743
COA: 294176
Eaton Probate Court:
        08-045647-DE

_____/

On order of the Court, the application for leave to appeal the January 27, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2011

_____

Clerk

y1026